# EXHIBIT "A"

In the Matter of the Arbitration between
-----------------------------------------------------------------X
**LOCAL 355, UNITED SERVICE WORKERS UNION, IUJAT, for itself, and on behalf of,** ("Union")

**UNITED WELFARE FUND – WELFARE DIVISION UNITED WELFARE FUND – SECURITY DIVISION, IUJAT 401(k) RETIREMENT PLAN, LOCAL 355 JOINT APPRENTICE TRAINING FUND; and, USWU LABOR MANAGEMENT CORPORATION FUND** ("Funds")

-and-

**SBT INSULATION, LLC a/k/a SBT Mechanical LLC** ("Employer")
-----------------------------------------------------------------X

OPINION AND AWARD
OF ARBITRATOR

(Failure to Pay Dues and Funds Contributions)

Before: **Aaron A. Shriftman, Arbitrator**

Appearances:

For the Union and Funds:   **Rothman Rocco LaRuffa, LLP**
                           By: **Gary P. Rothman, Esq.**
                           By: **Julie P. Schatz, Esq.**

                           **Christopher Mack, Delinquent Accounts Coordinator**

For the Employer:          **Kevin Terkelson, Owner**

* * * * * * * * *

The undersigned was duly designated to serve as arbitrator of the dispute described below. A hearing was held, upon due notice, at 10:00 a.m. on June 11, 2025 by Zoom teleconference.. The parties appeared; were represented, as noted; and, were given a full opportunity to present evidence and make arguments.

## SUBMISSION

The issue before the Arbitrator is as follows:

> **Did the Employer fail to remit dues to the Union and proper contribution payments to the Funds; and, if so, what shall be the remedy?**

## BACKGROUND AND DISCUSSION

Pursuant to an Assumption Agreement, effective February 1, 2022[1], between SBT Insulation, LLC a/k/a SBT Mechanical LLC ("Employer", "Company" or "SBT") and Local 355, United Service Workers Union, IUJAT ("Union"), the Company agreed to be bound to a multi-employer collective bargaining agreement[2] ("Agreement") between the Union and the Long Island and New York Mechanical Contractors' Association. The Employer also agreed to be bound to all the terms and conditions of any agreements, declarations of trust, including amendments and regulations, thereto, referenced in the Agreement, and to make payment of any contributions due and owning under the Agreement. The Employer is required to remit contributions to the United Welfare Fund – Welfare & Security Divisions ("Welfare Funds"), IUJAT 401(K) Retirement Plan ("401(K) Plan"), Joint Apprentice Training Fund ("JATF"), and USWU Labor Management Corporation Fund ("LMC") on behalf of covered employees (Hereinafter, collectively, "Funds"). The Employer is also required to remit membership dues and a working assessment to the Union on behalf of bargaining-unit employees.

As noted above, the Employer is bound by all of the terms and conditions of the Declarations of Trust ("Trust"), referenced in and adopted by the Agreement, including audit guidelines and collection procedures, promulgated by the Board of Trustees of the Funds ("Trustees"), both as they presently exist and as they may be amended or modified. Under Section IV(C) of the Funds' Delinquency Collection Guidelines, adopted pursuant to the Trust, the undersigned is one of the arbitrators, approved by the Trustees, to hear and decide any of a variety of legal actions approved by

---

[1] Received into the record as Union Exhibit 1.
[2] Receive into the record as Union Exhibit 2.

them and initiated by the Funds' Delinquency Litigation Counsel, including recovery of any delinquency. Pursuant to the Trust, the Trustees, in furtherance of their fiduciary duties under the Employees Retirement Income Security Act, and to protect the assets of the Funds, all for the benefit of the Funds' participants and beneficiaries, require a delinquent employer to pay interest on arrears together with liquidated damages and costs and fees associated with the collection process.

At the hearing, the Employer did not dispute that, for the period November 2024 through April 2025, it had failed to remit dues and contributions to the Union and Funds but claimed that the Union's calculation of the total sum owed for that period, $14,830.21, as reflected in Exhibit A[3], annexed hereto and made a part hereof, failed to take into account the resignation of an eligible employee during that same time. The Company was given an opportunity to produce documentation to substantiate its claim, but, in the event it failed to provide these records by June 25, 2025, the Arbitrator advised the Employer that he would issue an Award for the Union directing the Employer to pay the amounts detailed in Exhibit A.. The Employer did not provide any records to either the Union or undersigned by June 25, 2025 and never communicated any good reason for its failure to do so. Accordingly, the Union established that, for the period from November 2024 through April 2025, the Company owes the Union and Funds a total sum of $14,830.21, as reflected in Exhibit A, annexed hereto and made a part hereof.

---

[3] A spreadsheet detailing the amounts owed by the Employer, as of June 9 2025, to the Union and Funds was received into the record as Union Exhibit 3. The same spreadsheet was included when the Union sent its Demand for Arbitration. According to the Union and Funds, the amounts in the spreadsheet were derived from unaudited information contained in prior remittance records provided by the Employer.

## AWARD

After considering all of the arguments and evidence and for the reasons noted in the Opinion, the Arbitrator hereby renders the following Award:

The Employer failed to make payments consistent with its contractual obligations and, in accordance with Exhibit A, and is directed to pay a total sum to the Union and Funds of $14,830.21, as detailed therein, for unpaid contributions, interest on arrears, and liquidated damages. The Employer is also responsible for the costs and fees associated with the collection process, which are $1,500.00 for attorney's fees and $600.00 for arbitration costs.

Interest will continue to accrue at the statutory rate of eighteen percent (18%) per annum until all payments are received.

Due to the fact that the amounts in Exhibit A were derived from unaudited information, the Union and Funds argue that they should not be barred from any future claims against the Employer for under reporting as might be revealed by an audit of the Company's records. The Arbitrator agrees and so holds.

It is so ordered.

_____
Aaron A. Shriftman

Dated:

State of New York)
        ss.:
County of Queens)

I, Aaron A. Shriftman, do hereby affirm upon my Oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

_____
Aaron A. Shriftman

| Breakdown of Monies owed | |
|---|---|
| USWU Dues | $ 704.00 |
| Security Fund | $ 3,660.67 |
| Welfare fund | $ 172.80 |
| Security & Welfare Interest | $ 182.29 |
| Security Liquidated Damages | $ 610.11 |
| Welfare Liquidated Damages | $ 28.80 |
| Working Assessment | $ 727.99 |
| LMC | $ 1,227.52 |
| JATF Contributions | $ 4,050.83 |
| JATF interest | $ 207.06 |
| JATF Liquidate Damages | $ 640.63 |
| 401 K | $ 2,617.51 |
| Totaled owed | $14,830.21 |

SBT Insulation
Estimate of IUJAT 401k Employee Contributions Owed

This is an estimate of employee contributions owed based on prior months weekly contribution amounts.

Department 3403

| | ER Contributions | Lost Interest | Total |
|---|---|---|---|
| 9/30/2024 | $ 309.76 | $ (32.38) | $ 277.38 |
| 10/31/2024 | $ 309.76 | $ (27.65) | $ 282.11 |
| 11/30/2024 | $ 309.76 | $ (23.07) | $ 286.69 |
| 12/31/2024 | $ 309.76 | $ (18.33) | $ 291.43 |
| 1/31/2025 | $ 309.76 | $ (13.60) | $ 296.16 |
| 2/28/2025 | $ 309.76 | $ (9.32) | $ 300.44 |
| 3/31/2025 | $ 309.76 | $ (45.98) | $ 263.78 |
| 4/30/2025 | $ 309.76 | | $ 309.76 |
| 5/31/2025 | $ 309.76 | | $ 309.76 |
| | $ 2,787.84 | $ (170.33) | $ 2,617.51 |

## PAGE 2 of EXHIBIT A of Award of Aaron Shriftman, dated July 11, 2025

**SBT Insulation**  
Journeyman, Technicians, Apprentices & Helpers  
START DATE 11/1/2024  
END DATE 6/9/2025  

**Business Agent-Chris Mack**  
Local 355  

| Shop # | Control # | Month | Dues | Security | Welfare | Sub-Total | United Welfare Fund "1 1/2%/month Interest | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 20979-3403 | 182114 | 11/01/24 | 88.00 | 381.32 | 18.00 | 399.32 | 43.93 | 443.25 |
|  | 183247 | 12/01/24 | 88.00 | 381.32 | 18.00 | 399.32 | 37.94 | 437.26 |
|  | 184348 | 01/01/25 | 88.00 | 381.32 | 18.00 | 399.32 | 31.75 | 431.07 |
|  | 185438 | 02/01/25 | 88.00 | 381.32 | 18.00 | 399.32 | 25.56 | 424.88 |
|  | 187231 | 03/01/25 | 88.00 | 381.32 | 18.00 | 399.32 | 19.97 | 419.29 |
|  | 188322 | 04/01/25 | 88.00 | 381.32 | 18.00 | 399.32 | 13.78 | 413.10 |
|  | 189386 | 05/01/25 | 88.00 | 381.32 | 18.00 | 399.32 | 7.79 | 407.11 |
|  | 190452 | 06/01/25 | 88.00 | 381.32 | 18.00 | 399.32 | 1.60 | 400.92 |
|  | Total Due: |  | $ 704.00 | $ 3,050.56 | $ 144.00 | $ 3,194.56 | $ 182.29 | $ 3,376.85 |

| Liquidated Damages | 20% |  | 610.11 | 28.80 | 638.91 |  | 638.91 |
|---|---|---|---|---|---|---|---|
|  |  | $ 704.00 | $ 3,660.67 | $ 172.80 | $ 3,833.47 | $ 182.29 | $ 4,015.76 |

| Shop # | Month | HOURS | W.A. $ 0.30 | HOURS | COPE $ 0.10 |
|---|---|---|---|---|---|
| 20979-3403 | 11/01/24 | 346.66 | $ 104.00 | 346.66 | $ 34.67 |
|  | 12/01/24 | 346.66 | $ 104.00 | 346.66 | $ 34.67 |
|  | 01/01/25 | 346.66 | $ 104.00 | 346.66 | $ 34.67 |
|  | 02/01/25 | 346.66 | $ 104.00 | 346.66 | $ 34.67 |
|  | 03/01/25 | 346.66 | $ 104.00 | 346.66 | $ 34.67 |
|  | 04/01/25 | 346.66 | $ 104.00 | 346.66 | $ 34.67 |
|  | 05/01/25 | 346.66 | $ 104.00 | 346.66 | $ 34.67 |
|  | Total Due: |  | $ 727.99 |  | $ 242.66 |

**TOTAL DUE: $ 10,968.76**

| Shop # | Month | HOURS | JATF $ 1.32 | "1 1/2%/month Interest | Balance Due |
|---|---|---|---|---|---|
| 20979-3403 | 11/01/24 | 346.66 | 457.59 | 50.34 | 507.93 |
|  | 12/01/24 | 346.66 | 457.59 | 43.47 | 501.06 |
|  | 01/01/25 | 346.66 | 457.59 | 36.38 | 493.97 |
|  | 02/01/25 | 346.66 | 457.59 | 29.29 | 486.88 |
|  | 03/01/25 | 346.66 | 457.59 | 22.88 | 480.47 |
|  | 04/01/25 | 346.66 | 457.59 | 15.79 | 473.38 |
|  | 05/01/25 | 346.66 | 457.59 | 8.92 | 466.51 |
|  | Total Due: |  | 3,203.14 | 207.06 | 3,410.20 |

| LIQUIDATED DAMAGES | 20% | 640.63 |  | 640.63 |
|---|---|---|---|---|
|  |  | 3,843.77 | $ | 4,050.83 |

| Shop # | Month | HOURS | LMC $ 0.40 | "1 1/2%/month Interest | Balance Due |
|---|---|---|---|---|---|
| 20979-3403 | 11/01/24 | 346.66 | 138.66 | 15.25 | 153.92 |
|  | 12/01/24 | 346.66 | 138.66 | 13.17 | 151.84 |
|  | 01/01/25 | 346.66 | 138.66 | 11.02 | 149.69 |
|  | 02/01/25 | 346.66 | 138.66 | 8.87 | 147.54 |
|  | 03/01/25 | 346.66 | 138.66 | 6.93 | 145.60 |
|  | 04/01/25 | 346.66 | 138.66 | 4.78 | 143.45 |
|  | 05/01/25 | 346.66 | 138.66 | 2.70 | 141.37 |
|  | Total Due: |  | 970.65 | 62.75 | 1,033.39 |

| LIQUIDATED DAMAGES | 20% | 194.13 |  | 194.13 |
|---|---|---|---|---|
|  |  | 1,164.78 | $ | 1,227.52 |