# EXHIBIT

# "D"



Gary Rothman
grothman@rothmanrocco.com

May 2, 2025

**Via Email Only**
Aaron Shriftman, Arbitrator/Mediator
P.O. Box 1140
Yorktown Heights, New York 10598

**Re:     United Welfare Fund – Welfare Division, United Welfare Fund – Security Division, ("Funds"); IUJAT 401(k) Retirement Plan ("Plan"); Local 355 Joint Apprenticeship Training Fund and USWU Labor Management Corporation Fund ("Funds") and United Service Workers Union Local 355, IUJAT ("Union") & SBT Insulation LLC, a/k/a SBT Mechanical LLC ("Employer")**

Dear Arbitrator Shriftman:

This office represents the above-referenced Fund, Plan and Union. The Union and the Employer are parties to a collective bargaining agreement providing for the adoption of the Funds Agreement and Declaration of Trust ("Declaration"). Pursuant to said Declaration the Fund Trustees have approved arbitration as the method for resolving disputes. A dispute has arisen between the parties concerning the following issue:

ISSUE: Failure to Pay Dues; Welfare Fund and Security Fund Contributions; Local 355 Joint Apprenticeship Training Fund; USWU Labor Management Corporation Fund Contributions and IUJAT 401(k) Retirement Plan Benefits in the amounts set forth on the attached spreadsheet.

Kindly communicate with the undersigned to schedule a date, time and place for a hearing herein.

Very truly yours,

Gary Rothman

_____
Gary Rothman

Encl.

ROTHMAN ROCCO, LLP

Aaron A. Shriftman, Arbitrator
Re: SBT Insulations LLC, a/k/a SBT Mechanical LLC
May 2, 2025
P a g e | **2**

cc w/encl.:     *Registered Address with the Secretary of State:*
                SBT Insulation LLC, a/k/a SBT Mechanical LLC, 60 Rocky Hill Road, New
                Paltz, New York 12561
                Attention: Kevin Terkelson, Owner
                VIA EMAIL: kevin@sbtny.com
                AND CERTIFIED MAIL RETURN RECEIPT REQUESTED
                AND FIRST CLASS MAIL
                CMRR# 9214 7969 0099 9790 1656 2286 88

via email:      Joseph M. Pecora, UWF, Welfare Division Fund Administrator
                John Ferrante, Controller, USWU, IUJAT
                William Sweeney, Plan Administrator, IUJAT 401-K
                Jane Schettini, Assistant Plan Administrator, IUJAT 401-K
                Chris Mack, Business Agent, Local 355
                Keith Lago, Delinquent Accounts Coordinator, USWU, IUJAT
                J. Scott Ames, USWU, IUJAT

| SBT Insulation | | | Business Agent-Chris Mack | | | | | |
|---|---|---|---|---|---|---|---|---|
| Journeyman, Techinicians, Apprentices & Helpers | | | Local 355 | | | | | |
| START DATE | 11/1/2024 | | | | | | | |
| END DATE | 5/2/2025 | | | | | | | |
| | | | | | | UNITED WELFARE FUND | | |
| | | | | | | | "1 1/2%/month | Balance |
| Shop # | Control # | Month | Dues | Security | Welfare | Sub-Total | Interest | Due |
| 20979-3403 | 147633 | 11/01/24 | 88.00 | 381.32 | 18.00 | 399.32 | 36.34 | 435.66 |
| | 152095 | 12/01/24 | 88.00 | 381.32 | 18.00 | 399.32 | 30.35 | 429.67 |
| | 154290 | 01/01/25 | 88.00 | 381.32 | 18.00 | 399.32 | 24.16 | 423.48 |
| | 155412 | 02/01/25 | 88.00 | 381.32 | 18.00 | 399.32 | 17.97 | 417.29 |
| | 156543 | 03/01/25 | 88.00 | 381.32 | 18.00 | 399.32 | 12.38 | 411.70 |
| | 157667 | 04/01/25 | 88.00 | 381.32 | 18.00 | 399.32 | 6.19 | 405.51 |
| | Total Due: | | $ 528.00 | $ 2,287.92 | $ 108.00 | $ 2,395.92 | $ 127.38 | $ 2,523.30 |
| | | | | | | | | |
| Liquidated Damages | | 20% | | 457.58 | 21.60 | 479.18 | | 479.18 |
| | | | $ 528.00 | $ 2,745.50 | $ 129.60 | $ 2,875.10 | $ 127.38 | $ 3,002.49 |

| Shop # | Month | HOURS | W.A. $ 0.30 | HOURS | COPE $ 0.10 |
|---|---|---|---|---|---|
| 20979-3403 | 11/01/24 | 346.66 | $ 104.00 | 346.66 | $ 34.67 |
| | 12/01/24 | 346.66 | $ 104.00 | 346.66 | $ 34.67 |
| | 01/01/25 | 346.66 | $ 104.00 | 346.66 | $ 34.67 |
| | 02/01/25 | 346.66 | $ 104.00 | 346.66 | $ 34.67 |
| | 03/01/25 | 346.66 | $ 104.00 | 346.66 | $ 34.67 |
| | 04/01/25 | 346.66 | $ 104.00 | 346.66 | $ 34.67 |
| | Total Due: | | $ 623.99 | | $ 208.00 |

TOTAL DUE: $ 8,845.71

| Shop # | Month | HOURS | JATF $ 1.32 | "1 1/2%/month Interest | Balance Due |
|---|---|---|---|---|---|
| 20979-3403 | 11/01/24 | 346.66 | 457.59 | 41.64 | 499.23 |
| | 12/01/24 | 346.66 | 457.59 | 34.78 | 492.37 |
| | 01/01/25 | 346.66 | 457.59 | 27.68 | 485.28 |
| | 02/01/25 | 346.66 | 457.59 | 20.59 | 478.18 |
| | 03/01/25 | 346.66 | 457.59 | 14.19 | 471.78 |
| | 04/01/25 | 346.66 | 457.59 | 7.09 | 464.68 |
| | Total Due: | | 2,745.55 | 145.97 | 2,891.52 |
| LIQUIDATED DAMAGES | | 20% | 549.11 | | 549.11 |
| | | | 3,294.66 | $ | 3,440.63 |

| Shop # | Month | HOURS | LMC $ 0.40 | "1 1/2%/month Interest | Balance Due |
|---|---|---|---|---|---|
| 20979-3403 | 11/01/24 | 346.66 | 138.66 | 12.62 | 151.28 |
| | 12/01/24 | 346.66 | 138.66 | 10.54 | 149.20 |
| | 01/01/25 | 346.66 | 138.66 | 8.39 | 147.05 |
| | 02/01/25 | 346.66 | 138.66 | 6.24 | 144.90 |
| | 03/01/25 | 346.66 | 138.66 | 4.30 | 142.96 |
| | 04/01/25 | 346.66 | 138.66 | 2.15 | 140.81 |
| | Total Due: | | 831.98 | 44.23 | 876.22 |
| LIQUIDATED DAMAGES | | 20% | 166.40 | | 166.40 |
| | | | 998.38 | $ | 1,042.61 |

*Estimated 2 employees working 40 hours per week x 52 weeks / 12 months

SBT MECHANICAL, LLC.
60 ROCKY HILL ROAD
New Paltz, NY 12561

Owner- Kevin Terkelson
545-750-1305

Bookkeeper
Kevin Terkelson
kevin@sbtny.com

| SBT Insulation | | | | |
|---|---|---|---|---|
| Estimate of IUJAT 401k Employee Contributions Owed | | | | |
| | | | | |
| This is an estimate of employee contributions owed based on prior months weekly contribution amounts. | | | | |
| | | | | |
| | Department 3403 | | | |
| | ER Contributions | Lost Interest | Total | |
| 9/30/2024 | $ 309.76 | $ 9.36 | $ 319.12 | |
| 10/31/2024 | $ 309.76 | $ 7.21 | $ 316.97 | |
| 11/30/2024 | $ 309.76 | $ 5.33 | $ 315.09 | |
| 12/31/2024 | $ 309.76 | $ 3.64 | $ 313.40 | |
| 1/31/2025 | $ 309.76 | $ 1.79 | $ 311.55 | |
| 2/28/2025 | $ 309.76 | | $ 309.76 | |
| 3/31/2025 | $ 309.76 | | $ 309.76 | |
| | $ 2,168.32 | $ 27.33 | $ 2,195.65 | |

| Breakdown of Monies owed | |
|---|---|
| | |
| USWU Dues | $ 528.00 |
| Security Fund | $ 2,745.50 |
| Welfare fund | $ 129.60 |
| Security & Welfare Interest | $ 127.38 |
| Security Liquidated Damages | $ 457.58 |
| Welfare Liquidated Damages | $ 21.60 |
| Working Assessment | $ 623.99 |
| LMC | $ 1,042.61 |
| JATF Contributions | $ 3,440.63 |
| JATF interest | $ 145.97 |
| JATF Liquidate Damages | $ 549.11 |
| 401 K | $ 2,195.65 |
| Totaled owed | $12,007.63 |