# EXHIBIT "E"

# Aaron A. Shriftman

ARBITRATOR-MEDIATOR
FOR LABOR AND EMPLOYMENT DISPUTES

---

P.O. Box 1140                                                                                  Phone: (516) 662-6354
Yorktown Heights, New York 10598                                        aaronashriftman@yahoo.com

May 30, 2025

## **NOTICE OF HEARING**

<u>*Via*</u> certified mail, return receipt requested, and first class mail

SBT Insulation LLC, a/k/a SBT Mechanical LLC
Attention: Kevin Terkelson, Owner
60 Rocky Hill Road
New Paltz, New York 12561
E-mail: kevin@sbtny.com
**CMRR:  7020 2450 0002 0171 9228**

<u>*Via*</u> first class mail and email (as indicated)

Gary P. Rothman, Esq.
Rothman Rocco LLP
3 West Main Street, Suite 200
Elmsford, New York 10523
E-mail: grothman@rothmanrocco.com

Re: **United Welfare Fund – Welfare Division, United Welfare Fund – Security Division; IUJAT 401(k) Retirement Plan; Local 355 Joint Apprenticeship Training Fund and USWU Labor Management Corporation Fund and United Service Workers Union Local 355, IUJAT & SBT Insulation LLC, a/k/a SBT Mechanical LLC**

> PROPOSED ISSUE: Failure to Pay Dues; Welfare Fund and Security Fund Contributions; Local 355 Joint Apprenticeship Training Fund; USWU Labor Management Corporation Fund Contributions and IUJAT 401(k) Retirement Plan Benefits in the amounts set forth on the attached spreadsheet.

Dear Counselors/Parties:

    This will confirm that a hearing in the subject case has been scheduled as follows:

Date:            **Wednesday, June 11, 2025**
Start Time:   **10:00 A.M.**
Method:        **Via ZOOM Teleconference Software.  See invitation on following page.**

Please Note: My per diem fee for the hearing and preparation of an award is $600.

                                                   Cordially,

Page 2 of 2 of May 30, 2025 Hearing Notice for United Welfare Fund – Welfare and Security Divisions, 401(K) Retirement Plan, Local 355 JATF, and USWU LMC Fund, Local 355, USWU, IUJAT & SBT Insulation LLC, a/k/a SBT Mechanical LLC

*Aaron A. Shriftman*

Aaron A. Shriftman, Arbitrator

**ZOOM INVITATION**

Topic: United Welfare Fund – Welfare Division, United Welfare Fund – Security Division; IUJAT 401(k) Retirement Plan; Local 355 Joint Apprenticeship Training Fund and USWU Labor Management Corporation Fund a
Time: Jun 11, 2025 11:00 AM Eastern Time (US and Canada)
Join Zoom Meeting
https://us02web.zoom.us/j/85466211835?pwd=ndRFTBnuRGAWxm5LqcBMJb53OmafhE.1

Meeting ID: 854 6621 1835
Passcode: 116421

One tap mobile
+19292056099,,85466211835#,,,,*116421# US (New York)
+16469313860,,85466211835#,,,,*116421# US

Dial by your location
• +1 929 205 6099 US (New York)
• +1 646 931 3860 US
• +1 305 224 1968 US
• +1 309 205 3325 US
• +1 312 626 6799 US (Chicago)
• +1 301 715 8592 US (Washington DC)
• +1 669 444 9171 US
• +1 669 900 6833 US (San Jose)
• +1 689 278 1000 US
• +1 719 359 4580 US
• +1 253 205 0468 US
• +1 253 215 8782 US (Tacoma)
• +1 346 248 7799 US (Houston)
• +1 360 209 5623 US
• +1 386 347 5053 US
• +1 507 473 4847 US
• +1 564 217 2000 US

Cc (via email only):
Lou LoIacono, Union Representative, Local 355 USWU
Chris Mack, Delinquent Accounts Coordinator, USWU
Wei Mei, CPA, Payroll Auditor, UWF

5/30/25, 12:24 PM    Rothman Rocco LaRuffa LLP Mail - Re: [EXTERNAL] Re: United Service Workers Union Local 355, IUJAT and its related Funds -a…

Case 7:25-cv-07358-NSR    Document 1-5    Filed 09/04/25    Page 4 of 10



Christina Margiotta <cmargiotta@rothmanrocco.com>

# Re: [EXTERNAL] Re: United Service Workers Union Local 355, IUJAT and its related Funds -and- SBT Insulation, LLC, a/k/a SBT Mechanical LLC (Collections)

1 message

**Aaron Shriftman** <aaronashriftman@yahoo.com>  Fri, May 30, 2025 at 12:12 PM
Reply-To: Aaron Shriftman <aaronashriftman@yahoo.com>
To: Christina Margiotta <cmargiotta@rothmanrocco.com>
Cc: "CMack@iujat.org" <cmack@iujat.org>, Kevin Terkelson <kevin@sbtny.com>, Gary Rothman <grothman@rothmanrocco.com>, "Joe Pecora (HHWA)" <jpecora@hhwa.care>, John Ferrante <ferrantej@uswa.net>, Bill Sweeney <sweeneyb@uswa.net>, Jane Schettini <schettinij@uswa.net>, Keith Lago <lagok@uswa.net>, "Jonathan S. Ames" <amesj@uswa.net>

Good afternoon:

Please find attached the Hearing Notice in the above referenced matter, which is currently scheduled for June 11 @ 11:00 A.M. by Zoom.   A zoom invitation is included in the notice and, for your convenience, immediately below.

On this date, copies of the notice were mailed to the addresses identified therein.

**ZOOM INVITATION**

Topic: United Welfare Fund – Welfare Division, United Welfare Fund – Security Division; IUJAT 401(k) Retirement Plan; Local 355 Joint Apprenticeship Training Fund and USWU Labor Management Corporation Fund a
Time: Jun 11, 2025 11:00 AM Eastern Time (US and Canada)
Join Zoom Meeting
https://us02web.zoom.us/j/85466211835?pwd=ndRFTBnuRGAWxm5LqcBMJb53OmafhE.1

Meeting ID: 854 6621 1835
Passcode: 116421

---

One tap mobile
+19292056099,,85466211835#,,,,*116421# US (New York)
+16469313860,,85466211835#,,,,*116421# US

---

Dial by your location
• +1 929 205 6099 US (New York)
• +1 646 931 3860 US
• +1 305 224 1968 US
• +1 309 205 3325 US
• +1 312 626 6799 US (Chicago)
• +1 301 715 8592 US (Washington DC)
• +1 669 444 9171 US
• +1 669 900 6833 US (San Jose)
• +1 689 278 1000 US
• +1 719 359 4580 US

5/30/25, 12:24 PM Rothman Rocco LaRuffa LLP Mail - Re: [EXTERNAL] Re: United Service Workers Union Local 339, IUJAT and its related Funds -a…

Case 7:25-cv-07358-NSR    Document 1-5    Filed 09/04/25    Page 5 of 10

- +1 253 205 0468 US
- +1 253 215 8782 US (Tacoma)
- +1 346 248 7799 US (Houston)
- +1 360 209 5623 US
- +1 386 347 5053 US
- +1 507 473 4847 US
- +1 564 217 2000 US

Meeting ID: 854 6621 1835
Passcode: 116421

Find your local number: https://us02web.zoom.us/u/kbLkMmmOjA

Thank you,

Aaron Shriftman

```
Aaron Shriftman
Arbitrator/Mediator
P.O. Box 1140
Yorktown Heights, NY 10598
Tel: (516)662-6354
```

Member National Academy of Arbitrators
http://www.naarb.org

*DISCLAIMER:*
*Aaron A. Shriftman works exclusively as a neutral and does not provide legal representation, nor does he provide legal advice.*

This message is intended only for use by the intended party and may contain information that is privileged and/or confidential. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and delete this message and all attachments.

On Friday, May 30, 2025 at 09:52:40 AM EDT, Aaron Shriftman <aaronashriftman@yahoo.com> wrote:

Good morning:

11:00AM works for me.   Putting together a formal hearing notice now.

```
Aaron Shriftman
Arbitrator/Mediator
P.O. Box 1140
Yorktown Heights, NY 10598
Tel: (516)662-6354
```

Member National Academy of Arbitrators
http://www.naarb.org

*DISCLAIMER:*
*Aaron A. Shriftman works exclusively as a neutral and does not provide legal representation, nor does he provide legal advice.*

This message is intended only for use by the intended party and may contain information that is privileged and/or confidential.  If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and delete this message and all attachments.

On Friday, May 30, 2025 at 09:49:34 AM EDT, Christina Margiotta <cmargiotta@rothmanrocco.com> wrote:

Dear Arbitrator Shriftman,

The Union is requesting that the hearing begin at 11:00 a.m. if this is agreeable and via Zoom.

Thank you,

Christina Margiotta
Administrative Assistant & Office Manager
**ROTHMAN ROCCO, LLP**
3 West Main Street - Suite 200
Elmsford, New York 10523
T: 914-478-2801
F: 914-478-2913
E:  cmargiotta@rothmanrocco.com



On Fri, May 30, 2025 at 9:32 AM Christina Margiotta <cmargiotta@rothmanrocco.com> wrote:

> Good morning Arbitrator Shriftman,
>
> Since the parties are both available June 11, 2025, please provide a formal notice of hearing for same.
>
> Thank you,
> Christina Margiotta
> Administrative Assistant & Office Manager
> **ROTHMAN ROCCO, LLP**
> 3 West Main Street - Suite 200
> Elmsford, New York 10523
> T: 914-478-2801
> F: 914-478-2913
> E:  cmargiotta@rothmanrocco.com
>
> 

On Tue, May 20, 2025 at 2:41 PM Kevin Terkelson <kevin@sbtny.com> wrote:
Good Afternoon

See you 6/11.

Kevin L. Terkelson
SBT Insulation
845.750.1305

---

**From:** Aaron Shriftman <aaronashriftman@yahoo.com>
**Sent:** Tuesday, May 20, 2025 2:39:47 PM
**To:** CMack@iujat.org <CMack@iujat.org>; Christina Margiotta <cmargiotta@rothmanrocco.com>
**Cc:** Gary Rothman <grothman@rothmanrocco.com>; kevin@sbtny.com <kevin@sbtny.com>; Joe Pecora (HHWA) <JPecora@HHWA.CARE>; John Ferrante <FerranteJ@uswa.net>; Bill Sweeney <SweeneyB@uswa.net>; Jane Schettini <SchettiniJ@uswa.net>; Keith Lago <LagoK@uswa.net>; Jonathan S. Ames <amesj@uswa.net>
**Subject:** Re: [EXTERNAL] Re: United Service Workers Union Local 355, IUJAT and its related Funds -and- SBT Insulation, LLC, a/k/a SBT Mechanical LLC (Collections)

Mr. Terkelson,

Please indicate your availability for June 6 or June 11 by EOD, Thursday, 5/22.  If I do not hear from you, I will assume you do not have a scheduling conflict and issue a hearing notice for June 11, as that is my preference and that of the Union.  The hearing will be taking place remotely.

Thank you,

Aaron Shriftman
Arbitrator/Mediator
P.O. Box 1140
Yorktown Heights, NY 10598
Tel: (516)662-6354

Sent from my phone.  Please excuse any errors.

On Tue, May 20, 2025 at 12:54 PM, Chris Mack <CMack@iujat.org> wrote:

> Good afternoon,
>
> June 11th would work better for me.
>
> Thank you.
>
> **Chris Mack**
> **Business Agent**
>
> United Service Workers Union
> 145 Huguenot St., Suite 420
> New Rochelle, NY 10801
> e: CMack@iujat.org





**From:** Christina Margiotta <cmargiotta@rothmanrocco.com>
**Sent:** Tuesday, May 20, 2025 12:49 PM
**To:** Aaron Shriftman <aaronashriftman@yahoo.com>
**Cc:** Gary Rothman <grothman@rothmanrocco.com>; kevin@sbtny.com <kevin@sbtny.com>; Joe Pecora (HHWA) <JPecora@HHWA.CARE>; John Ferrante <FerranteJ@uswa.net>; Bill Sweeney <SweeneyB@uswa.net>; Jane Schettini <SchettiniJ@uswa.net>; Chris Mack <CMack@iujat.org>; Keith Lago <LagoK@uswa.net>; Jonathan S. Ames <amesj@uswa.net>
**Subject:** [EXTERNAL] Re: United Service Workers Union Local 355, IUJAT and its related Funds -and- SBT Insulation, LLC, a/k/a SBT Mechanical LLC (Collections)

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Please check the sender's email address to make sure it matches the sender's name.

Dear Arbitrator Shriftman,

The Union is also available on June 11, 2025.

Thank you,

Christina Margiotta
Administrative Assistant & Office Manager
**ROTHMAN ROCCO, LLP**
3 West Main Street - Suite 200
Elmsford, New York 10523
T: 914-478-2801
F: 914-478-2913
E: cmargiotta@rothmanrocco.com



On Tue, May 20, 2025 at 11:33 AM Christina Margiotta <cmargiotta@rothmanrocco.com> wrote:
> Good morning Arbitrator Shriftman,

5/30/25, 12:24 PM  Rothman Rocco Laruffa LLP Mail - Re: [EXTERNAL] Re: United Service Workers Union Local 355, IUJAT and its related Funds -a…

Case 7:25-cv-07358-NSR    Document 1-5    Filed 09/04/25    Page 9 of 10

The Union is available June 6, 2025.

Thank you,

Christina Margiotta
Administrative Assistant & Office Manager
**ROTHMAN ROCCO, LLP**
3 West Main Street - Suite 200
Elmsford, New York 10523
T: 914-478-2801
F: 914-478-2913
E: cmargiotta@rothmanrocco.com



On Thu, May 8, 2025 at 7:46 AM Aaron Shriftman <aaronashriftman@yahoo.com> wrote:
> Good morning,
>
> I acknowledge my designation and offer June 6 or June 11 for a hearing.   Thank you,
>
> Aaron Shriftman
> Arbitrator/Mediator
> P.O. Box 1140
> Yorktown Heights, NY 10598
> Tel: (516)662-6354
>
> Sent from my phone.  Please excuse any errors.
>
> On Fri, May 2, 2025 at 12:15 PM, Christina Margiotta
> <cmargiotta@rothmanrocco.com> wrote:
>
>> Dear Arbitrator Shriftman,
>>
>> As you know, our firm is counsel to the Union and its related Funds. Attached please find a Demand for Arbitration regarding the above matter. Kindly provide hearing dates at your earliest convenience.
>>
>> I certify that a copy of the Demand for Arbitration has been served upon the Employer via email, first class mail and certified mail return receipt, this date.
>>
>> Sincerely,
>> Christina Margiotta
>> Administrative Assistant & Office Manager
>> **ROTHMAN ROCCO, LLP**
>> 3 West Main Street - Suite 200
>> Elmsford, New York 10523
>> T: 914-478-2801
>> F: 914-478-2913

5/30/25, 12:24 PM    Rothman Rocco Laniado - LR Mail - Re: [EXTERNAL] Re: United Service Workers Union Local 355, IUJAT and its related Funds -a…

Case 7:25-cv-07358-NSR    Document 1-5    Filed 09/04/25    Page 10 of 10

E: cmargiotta@rothmanrocco.com



Disclaimer: This message and its attachments may contain information that is confidential and protected. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

📄 **HEARING NOTICE USWU L355 IUJAT Related Funds and SBT Mechanical.pdf**
144K