# EXHIBIT "F"



Gary Rothman <grothman@rothmanrocco.com>

## Re: United Service Workers Union Local 355, IUJAT and its related Funds -and- SBT Insulation, LLC, a/k/a SBT Mechanical LLC (Collections)
1 message

**Aaron Shriftman** <aaronashriftman@yahoo.com>                                            Wed, Jun 11, 2025 at 11:33 AM
Reply-To: Aaron Shriftman <aaronashriftman@yahoo.com>
To: "kevin@sbtny.com" <kevin@sbtny.com>, "lagok@uswa.net" <lagok@uswa.net>, Julie Schatz <jschatz@rothmanrocco.com>, Chris Mack <mackc@uswa.net>, Tommy Mack <tommym@uswa.net>, Gary Rothman <grothman@rothmanrocco.com>

Inadvertently forgot to include Mr. Rothman on the email below.

```
Aaron Shriftman
Arbitrator/Mediator
P.O. Box 1140
Yorktown Heights, NY 10598
Tel: (516)662-6354
```

Member National Academy of Arbitrators
http://www.naarb.org

*DISCLAIMER:*
*Aaron A. Shriftman works exclusively as a neutral and does not provide legal representation, nor does he provide legal advice.*

This message is intended only for use by the intended party and may contain information that is privileged and/or confidential. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and delete this message and all attachments.

On Wednesday, June 11, 2025 at 11:31:51 AM EDT, Aaron Shriftman <aaronashriftman@yahoo.com> wrote:

Good morning:

This email shall serve to memorialize discussions and mutual understandings at the hearing in the above referenced case.

The Employer conceded that it was a party to the collective bargaining agreement and did not dispute that it owed the amounts detailed in the demand for arbitration except those amounts should be reduced to reflect the resignation of a particular employee.

By June 25, 2025, the Employer must provide payroll documentation for 2024 through present.   In the event the Employer fails to provide this documentation by June 25, the Arbitrator will enter an Award for the Union in the amount detailed in the demand for arbitration.

In the event the amounts claimed to be delinquent need to be revised as a result of the production of documentation or for other reason, the Arbitrator retains jurisdiction to hear and resolve any issues and to issue a subsequent order.

```
Aaron Shriftman
Arbitrator/Mediator
```

```
P.O. Box 1140
Yorktown Heights, NY 10598
Tel: (516)662-6354
```

Member National Academy of Arbitrators
http://www.naarb.org

*DISCLAIMER:*
*Aaron A. Shriftman works exclusively as a neutral and does not provide legal representation, nor does he provide legal advice.*

This message is intended only for use by the intended party and may contain information that is privileged and/or confidential. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and delete this message and all attachments.

On Wednesday, June 11, 2025 at 09:35:59 AM EDT, Julie Schatz <jschatz@rothmanrocco.com> wrote:

Arbitrator Shriftman -

Attached please find exhibits that the Union intends to use in today's arbitration, Please let me know if you have any trouble with the attachments.

Thank you.

**Julie P. Schatz**

Rothman Rocco, LLP

3 West Main Street, Suite 200

Elmsford, New York 10523

d 914.478.2801 x.103

f 914.478.2913

jschatz@rothmanrocco.com