USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/19/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED SERVICE WORKERS UNION, LOCAL 355, INTERNATIONAL UNION OF JOURNEYMEN AND ALLIED TRADES; UNITED WELFARE FUND – SECURITY DIVISION AND THE TRUSTEES THEREOF; UNITED WELFARE FUND – WELFARE DIVISION AND THE TRUSTEES THEREOF; LOCAL 355, USWU JOINT APPRENTICESHIP TRAINING FUND, IUJAT 401(k) RETIREMENT PLAN, and, USWU LABOR MANAGEMENT CORPORATION FUND,

Petitioners,

-against-

SBT INSULATION LLC a.k.a. SBT MECHANICAL LLC

Respondent.

Civil Action No.: 25-cv-7358 (NSR)

**REQUEST FOR ISSUANCE OF DEFAULT JUDGMENT BY THE CLERK PURSUANT TO FED. R. CIV. P. 55(b)(1) AND LOCAL RULE 55.2(a)**

**MEMO ENDORSED**

TO:    TAMMI M. HELLWIG, CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Upon the accompanying Declaration of Elise S. Feldman, Esq., and the exhibits attached thereto and all papers and proceedings heretofore had in the above-captioned matter, Petitioners, the Trustees of the United Welfare Fund – Security Division and the Trustees Thereof, the United Welfare Fund – Welfare Division and the Trustees Thereof, the Local 355, USWU Joint Apprenticeship Training Fund, the IUJAT 401(K) Retirement Plan, the USWU Labor Management Corporation Fund, and the United Service Workers Union, Local 355, International Union of Journeymen and Allied Trades, respectfully request that the Clerk enter default judgment in favor of Petitioners and against Respondent SBT Insulation LLC, a.k.a. SBT Mechanical LLC, pursuant to Federal Rule of Civil Procedure 55(b)(1) and Local Civil Rule 55.2(a) in the total liquidated amount of $18,916.10 in contributions, interest, liquidated

damages, attorneys' fees and costs, plus additional interest accrued through the date of judgment.

Dated: April 21, 2026
        Elmsford, New York

                                                          /s/ Elise S. Feldman
                                                          Elise S. Feldman

                                                          ROTHMAN ROCCO, LLP
                                                          3 West Main Street – Suite 200
                                                          Elmsford, New York 10523
                                                          T: (914) 478-2801
                                                          F: (914) 478-2913
                                                          *Attorneys for Plaintiffs*

**The motion for default judgment is DENIED without prejudice to renew. Counsel is directed to consult the Court's Individual Rules of Practice in Civil Cases, Attachment A (p. 10) for moving for a default judgment order. The Clerk of Court is directed to terminate the motion at ECF No. 12.**

SO ORDERED:

**Dated: May 19, 2026
White Plains, New York**    HON. NELSON S. ROMAN
                            UNITED STATES DISTRICT JUDGE

2