USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/25/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED SERVICE WORKERS UNION, :
LOCAL 355, INTERNATIONAL UNION OF :    Civil Action No.: 25-CV-7358
JOURNEYMEN AND ALLIED TRADES; :
UNITED WELFARE FUND – SECURITY :    (NSR)
DIVISION AND THE TRUSTEES THEREOF; :
UNITED WELFARE FUND – WELFARE :
DIVISION AND THE TRUSTEES THEREOF; :    **DEFAULT JUDGMENT**
LOCAL    355,    USWU    JOINT :
APPRENTICESHIP    TRAINING    FUND, :
IUJAT 401(k) RETIREMENT PLAN, and, :
USWU    LABOR    MANAGEMENT :
CORPORATION FUND, :
:
Petitioners, :
:
:
-against- :
:
:
SBT    INSULATION    LLC    a.k.a.    SBT :
MECHANICAL LLC :
:
Respondent. :

------------------------------------------------------------- x

This action having been commenced by the filing of a Summons and Petition on

September 4, 2025 (Dkts. 1, 1-3, 5), and true and correct copies of the Summons and Petition

having been served upon Respondent SBT Insulation LLC, a.k.a. SBT Mechanical LLC, by

personal service upon a registered agent who is duly authorized to accept service of legal

documents on behalf of Respondent on September 17, 2025, and proof of service having been

filed with the Court on October 8, 2025 (Dkt. 7), and said Respondent having failed to answer,

appear, or otherwise defend in this action within the time permitted by law, and said default

having been noted by the Clerk of this Court on February 6, 2026 (Dkt. 11), there is no just

reason to delay the entry of a default judgment against Respondent SBT Insulation LLC, a.k.a. SBT Mechanical LLC.

PETITIONERS, the TRUSTEES OF THE UNITED WELFARE FUND – SECURITY DIVISION and the Trustees thereof, the UNITED WELFARE FUND – WELFARE DIVISION and the Trustees thereof, the LOCAL 355, USWU JOINT APPRENTICESHIP TRAINING FUND, the IUJAT 401(k) RETIREMENT PLAN, the USWU LABOR MANAGEMENT CORPORATION FUND, and the UNITED SERVICE WORKERS UNION, LOCAL 355, INTERNATIONAL UNION OF JOURNEYMEN AND ALLIED TRADES, have judgment against RESPONDENT SBT INSULATION LLC, a.k.a. SBT MECHANICAL LLC, in the liquidated amount of $18,916.09, computed as follows: $14,830.21 in outstanding unpaid contributions, interest on arrears, and liquidated damages, plus $1,500.00 in attorneys' fees, $600.00 in arbitration costs, $405.00 for the court filing fee, $203.94 for the cost of service of process on Respondent plus additional interest at the rate of one-and-a-half percent (1.5%) per month accrued from plus June 10, 2025 through April 21, 2026 in the amount of $1,376.94, plus interest accrued from April 22, 2026 through the date of judgment at the rate of one-and-a-half percent (1.5%) per month, and that Petitioners have execution thereof.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 24.

Dated: June 25, 2026
White Plains, New York

_____
Hon. Nelson S. Román
United States District Judge, S.D.N.Y.

2